PAUL S. PADDA, ESQ. *(NV Bar #10417)*
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **ALEJANDRO ONETO-ALONSO,** individually; <br><br> Plaintiff, <br><br> vs. <br><br> **FIRST PRIME MANAGEMENT INC.,** A Nevada Corporation; **DANIEL MAZA-NORIEGA**, individually; **DOES 1-10**; and **ROES A-Z**; <br><br> Defendants. | Case No.: 2:19-cv-0639-JAD-BNW |

## PLAINTIFF'S MOTION TO WITHDRAW
## JOSHUA ANG, ESQ. AS COUNSEL IN THIS CASE

Plaintiff, pursuant to this Court's Local Rule of Practice LR 1A 11-6, respectfully requests that the Court withdraw Joshua Ang, Esq. as counsel in this matter. Mr. Ang is no longer associated with Paul Padda Law. Accordingly, he should be removed as attorney of record in this matter.

In support of this motion, Plaintiff relies upon the memorandum of points and authorities set forth below.

. . .

. . .

**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

## MEMORANDUM OF POINTS AND AUTHORITIES

An attorney can only withdraw from a case with leave of court. See LR 1A 11-6. In this case, the docket continues to reflect that Joshua Ang, Esq. serves as an attorney in this matter. Mr. Ang, however, recently departed this law firm and is no longer representing Plaintiff. Plaintiff has authorized undersigned counsel to file this motion.

Should the Court grant this motion, Mr. Ang's withdrawal will not affect the proceedings, including any future trial date. Mr. Ang's withdrawal will not be relied upon as a basis for delaying proceedings.

Respectfully submitted,

Paul S. Padda, Esq.

Counsel for Plaintiff

Dated: October 3, 2019

**IT IS SO ORDERED:**

**Plaintiff's motion to withdraw Joshua Ang, Esq. as counsel in this matter is hereby granted.**

United States Magistrate Judge

**DATED:** 10/8/19

PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day, October 3, 2019, I caused to be served a copy of the foregoing document upon all parties and counsel of record via the Court's CM/ECF system and by United States mail (first-class, postage prepaid) to the following:

Daniel Maza-Noriega
6 Greely Club Trail
Henderson, Nevada 89052


Kristen Dougherty, Paralegal
PAUL PADDA LAW, PLLC