# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

ALEJANDRO ONETO-ALONSO,

Plaintiff,

v.

FIRST PRIME MANAGEMENT, INC., et al.,

Defendants.

Case No. 2:19-cv-00639-JAD-BNW

**ORDER**

This matter is before the court regarding the parties' selection of an arbitrator. The parties filed a stipulation indicating this case is subject to an arbitration agreement and requesting leave of court to stay the case until October 25, 2019, while the parties decided on an arbitrator. The court approved the parties' stipulation, but there has not been any subsequent activity in the case. (Order (ECF No. 26).) Accordingly, the parties must meet and confer and file a joint status report by December 17, 2019.

IT IS SO ORDERED.

DATED: December 6, 2019

---
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE